AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FRANK L. YEE, MAY L. YEE,<br>Cross-Claimants,<br><br>Cross-Complainant(s)<br>v.<br>CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA REGISTERED DOMESTIC STOCK CORPORATION and ROES 1-20, inclusive,<br>Cross-Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:17-cv-04940-MMC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION ON Cross-Claim

To: *(Defendant's name and address)* CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA REGISTERED DOMESTIC STOCK CORPORATION and ROES 1-20, inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NAIRI PATERSON, ESQ. – State Bar No. 212976
HARTSUYKER, STRATMAN & WILLIAMS-ABREGO
Mailing Address: P.O. Box 258829, Oklahoma City, OK 73125-8829
Physical Address: 505 14th Street, Suite 400, Oakland, CA 94612-1913
Phone: (510) 457-3440; Fax: (510) 238-8968

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: November 21, 2017

*Signature of Clerk or Deputy Clerk*

Re: <u>Saraswati v. City of Berkeley, et al.</u>
Case Number: 3:17-CV-04940-EDL

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 505 14th Street, Suite 400, Oakland, CA 94612-1913. On November 20, 2017, I served the following document(s):

**SUMMONS ON CROSS-CLAIM FOR INDEMNITY AND CONTRIBUTION**

**[X] BY ELECTRONIC TRANSFER TO THE (CM/ECF) SYSTEM**: In accordance with Federal Rule 5 of the Civil Procedure, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed document to the United States District Court, Northern District of California' Case Management Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 20, 2017, at Oakland, California.

_____
STACY M. MCGREGOR