Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
DERBY McGUINNESS & GOLDSMITH LLP
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
Email: info@dmglawfirm.com

Sanjay S. Schmidt, Esq. (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:  (415) 563-8583
Facsimile:  (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorney for Plaintiff
SWAMI SHRADDHANANDA SARASWATI

*Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAMI SHRADDHANANDA SARASWATI, an individual,<br><br>           Plaintiff,<br>    v.<br><br>CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. YEE, MAY L. YEE, and DOES 1-100, Inclusive, | CASE NO.  3:17-cv-04940-MMC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE GENERAL ORDER 56 DEADLINES** |

Farimah F. Brown, City Attorney, SBN 201227
Natalie Torres, Deputy City Attorney, SBN 283571
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
ntorres@cityofberkeley.info

Attorneys for Defendant
CITY OF BERKELEY

| | |
|---|---|
| 1 | Ann M. Asiano (SBN: 094891) |
| | Sara Allman (SBN: 107932) |
| 2 | Matthew T. Brand (SBN: 295377) |
| | **CLARK HILL LLP** |
| 3 | One Embarcadero Center, Suite 400 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 984-8500 |
| | Facsimile: (415) 984-8599 |
| 5 | AAsiano@clarkhill.com |
| | SAllman@clarkhill.com |
| 6 | MBrand@clarkhill.com |
| 7 | Attorneys for Defendant |
| | City of Albany |
| 8 | |
| | GOUGH & HANCOCK LLP |
| 9 | GAYLE L. GOUGH (SBN 154398) |
| | *gayle.gough@ghcounsel.com* |
| 10 | SARA N. DUNCAN (SBN 262122) |
| | *sara.duncan@ghcounsel.com* |
| 11 | Two Embarcadero Center, Suite 640 |
| | San Francisco, CA 94111 |
| 12 | Telephone: (415) 848-8900 |
| 13 | Attorneys for Defendant |
| | PACIFIC GAS AND ELECTRIC |
| 14 | |
| | NAIRI PATERSON, ESQ. – State Bar No. 212976 |
| 15 | HARTSUYKER, STRATMAN & WILLIAMS-ABREGO |
| | Mailing Address |
| 16 | P.O. Box 258829 |
| | Oklahoma City, OK 73125-8829 |
| 17 | Physical Address |
| | 505 14th Street, Suite 400 |
| 18 | Oakland, CA 94612-1913 |
| | Telephone:  (510) 457-3440 |
| 19 | Facsimile:  (510) 238-8968 |
| 20 | Attorneys for Defendants |
| | FRANK L. YEE, MAY L. YEE |
| 21 | |

## **STIPULATION**

Plaintiff SWAMI SHRADDHANANDA SARASWATI ("Plaintiff") and Defendants CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. LEE, and MAY L. YEE ("Defendants") hereby jointly stipulate and request through their attorney of record that the deadline to conduct a site inspection under General Order 56 be continued to December 15, 2017, and the deadline to exchange initial disclosures under General Order 56 be continued to 7 days

after the date of the site inspection. This request for an extension of time is based on the following good cause:

1. Plaintiff filed this action on August 24, 2017. Dkt. No. 1.
2. The Court issued a scheduling Order with a deadline of December 7, 2017, to complete the joint site inspection of the subject premises. Dkt. No. 5.
3. The parties have been working cooperatively within the parameters of General order 56 to find a mutually agreeable date for the site inspection;
4. Due to the number of parties and the complexity of the issues involved, the parties have not yet agreed upon a date for the joint site inspection;
5. The parties have met and conferred and believe they will be able to hold the joint site inspection by December 15, 2017;
6. The parties also agree that it will be beneficial to continue the deadline to exchange initial disclosures until 7 days following the last date of the site inspection.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys that the August 25, 2017, Scheduling Order (Dkt. No. 5) shall be vacated and the deadlines shall be reset as follows:

Last day for parties to hold Joint Site Inspection: December 15, 2017;

Last day to complete initial disclosures: December 22, 2017;

Last day for parties to meet and confer to discuss settlement: 28 days after Joint Site Inspection;

Last day for Plaintiffs to file a Notice of Need for Mediation: 42 days after Joint Site Inspection; and

Last day for Plaintiffs to file a Motion for Administrative Relief: 7 days after mediation.

**IT IS SO STIPULATED.**

Dated: December 6, 2017                    DERBY, McGUINNESS & GOLDSMITH, LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven L. Derby*
　　　　　　　　　　　　　　　　　　　　　　By: STEVEN L. DERBY, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　SWAMI SHRADDHANANDA SARASWATI

| | | |
|---|---|---|
| 1 | Dated:  December 5, 2017 | BERKELEY CITY ATTORNEY'S OFFICE |
| 2 | | |
| 3 | | _/s/ Natalie Torres_ |
| 4 | | By:  NATALIE TORRES, ESQ.<br>Attorneys for Defendant<br>CITY OF BERKELEY |
| 5 | | |
| 6 | Dated:  December 4, 2017 | CLARK HILL LLP |
| 7 | | |
| 8 | | _/s/ Matthew T. Brand_ |
| 9 | | By:  MATTHEW T. BRAND, ESQ.<br>Attorneys for Defendants<br>CITY OF ALBANY |
| 10 | | |
| 11 | Dated:  December 5, 2017 | GOUGH & HANCOCK LLP |
| 12 | | |
| 13 | | _/s/ Sara Duncan_ |
| 14 | | By:  SARA DUNCAN, ESQ.<br>Attorneys for Defendants<br>PACIFIC GAS AND ELECTRIC COMPANY |
| 15 | | |
| 16 | Dated:  December 8, 2017 | HARTSUYKER, STRATMAN & WILLIAMS-ABREGO |
| 17 | | |
| 18 | | By: _/s/ Nairi Paterson_ |
| 19 | | NAIRI PATERSON, ESQ<br>Attorneys for Defendant<br>FRANK L. LEE and MAY L. LEE |
| 20 | | |

1 **[PROPOSED] ORDER**

2       For GOOD CAUSE SHOWN and for the reasons set forth above, the General Order 56

3 deadlines set forth in the November 25, 2016, Scheduling Order shall be vacated and reset as

4 follows:

5       Last day for parties to hold Joint Site Inspection:  December 15, 2017;

6       Last day to complete initial disclosures:  December 22, 2017;

7       Last day for parties to meet and confer to discuss settlement:  28 days after Joint Site

8 Inspection;

9       Last day for Plaintiffs to file a Notice of Need for Mediation:  42 days after Joint Site

10 Inspection; and

11       Last day for Plaintiffs to file a Motion for Administrative Relief:  7 days after mediation.

12 **IT IS SO ORDERED.**

14 Dated: _____, 2017

                                                                            _____
Honorable Maxine M. Chesney
Senior U.S. District Court Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest I, Steven Derby, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrences of Natalie Torres, Matthew Brand, Sara Duncan and Nairi Paterson in the filing of this document.

*/s/ Steven L. Derby*
Steven L. Derby