UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff(s) <br> v. <br> , <br> Defendant(s) | Case No. C <br><br> NOTICE OF NEED FOR MEDIATION <br> (ADA ACCESS CASES) |

Plaintiff reports that the joint site inspection occurred on _____. Although 42 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: _____     Signed: _____
                                     Attorney for Plaintiff

*Important!* E-file this form in ECF using ADR event name: "Notice of Need for Mediation."

*Form ADR-ADA-Access rev. 11-2016*