Steven L. Derby, Esq. (SBN 148372)
Anthony E. Goldsmith, Esq. (SBN 125621)
DERBY McGUINNESS & GOLDSMITH LLP
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
Email: info@dmglawfirm.com

Sanjay S. Schmidt, Esq. (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:  (415) 563-8583
Facsimile:  (415) 223-9717
Email: ss@sanjayschmidtlaw.com

**Attorney for Plaintiff
SWAMI SHRADDHANANDA SARASWATI**

*Defendant City of Berkeley and its respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAMI SHRADDHANANDA SARASWATI, an individual,<br><br>Plaintiff,<br>v.<br><br>CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. YEE, MAY L. YEE, and DOES 1-100, Inclusive, | CASE NO.  3:17-cv-04940-MMC<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CITY OF BERKELEY**;<br><br>ORDER THEREON |

Farimah F. Brown, City Attorney, SBN 201227
Natalie Torres, Deputy City Attorney, SBN 283571
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
ntorres@cityofberkeley.info

**Attorneys for Defendant
CITY OF BERKELEY**

1  Kevin Gilbert, Esq. (SBN: 209236)
   Orbach Huff Suarez & Henderson LLP
2  1901 Harrison Street, Suite 1630
   Oakland, California  94612
3  (510) 350-3582 Direct
   (510) 999-7908 Main
4  (510) 999-7918 Fax

5  **Attorneys for Defendant**
   **CITY OF BERKELEY**

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that ONLY Defendant CITY OF BERKELEY shall be dismissed without prejudice from the above-entitled action pursuant to FRCP 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees, costs and litigation expenses. This stipulation does not affect Plaintiff's claims against any other defendant in this action.

**IT IS SO STIPULATED.**

Dated:  July 25, 2018        DERBY, McGUINNESS & GOLDSMITH, LLP

                             By: /s/ Steven L. Derby
                                  STEVEN L. DERBY, ESQ.
                                  Attorneys for Plaintiff
                                  SWAMI SHRADDHANANDA SARASWATI

Dated:  July 25, 2018        BERKELEY CITY ATTORNEY'S OFFICE

                             By: /s/ Kristy Van Herick
                                  KRISTY VAN HERICK, ESQ.
                                  Attorneys for Defendant
                                  CITY OF BERKELEY

Dated: July 25, 2018         ORBACH HUFF SUAREZ & HENDERSON LLP

                             By: /s/ Kevin E. Gilbert
                                  KEVIN GILBERT, ESQ.
                                  Attorneys for Defendant
                                  CITY OF BERKELEY

**[PROPOSED] ORDER**
of Plaintiff's
At request of Plaintiff, all claims against Defendant CITY OF BERKELEY are dismissed
^
without prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

This does not affect Plaintiff's claims against the remaining defendants, nor does it affect any defendant's cross-claims against City of Berkeley.

Dated: August 3 , 2018

*(signature)*
Honorable Maxine M. Chesney
Senior U.S. District Court Judge