1  **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1388 Sutter Street, Suite 810
3  San Francisco, CA 94109
   Telephone:  (415) 563-8583
4  Facsimile:  (415) 223-9717
   Email: ss@sanjayschmidtlaw.com
5

6  **Steven L. Derby, Esq. (SBN 148372)**
   **Anthony E. Goldsmith, Esq. (SBN 125621)**
7  **DERBY McGUINNESS & GOLDSMITH LLP**
   200 Lakeside Drive, Suite A
8  Oakland, CA  94612
   Telephone:  (510) 987-8778
9  Facsimile:  (510) 359-4419
   Email: info@dmglawfirm.com
10

11 *Attorneys for Plaintiff*,
   SWAMI SHRADDHANANDA SARASWATI
12

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15

| SWAMI SHRADDHANANDA SARASWATI,<br><br>Plaintiff,<br>v.<br><br>CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. YEE, MAY L. YEE, and DOES 1-00, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 3:17-cv-04940-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF A FIRST AMENDED COMPLAINT BY PLAINTIFF** |
|---|---|

       Plaintiff SWAMI SHRADDHANANDA SARASWATI ("Plaintiff"), Defendant CITY

OF ALBANY, Defendant PACIFIC GAS AND ELECTRIC COMPANY ("PG&E"), and

Defendants FRANK L. YEE AND MAY L. YEE, by and through their respective counsel, hereby

                                      1

respectfully submit the following stipulation and proposed order regarding Plaintiff's stated intention to file a First Amended Complaint:

1. Plaintiff seeks to amend her Complaint;
2. Pursuant to Rule 15(a)(2), Plaintiff has met-and-conferred with counsel for all Defendants – to ascertain whether the opposing parties would consent, or if a motion would be required – and has provided counsel a copy of the proposed First Amended Complaint ("FAC"), with "redlined" changes;
3. Having had the opportunity to review the proposed FAC, counsel for the opposing parties consent to the filing of Plaintiff's First Amended Complaint, a redlined copy (reflecting the changes) of which is attached hereto, as **Exhibit 1**, and a standard (non-redlined) copy of which is attached hereto, as **Exhibit 2**;
4. Defendants do not stipulate that any matter in Plaintiff's First Amended Complaint is correct. Defendants only stipulate that Plaintiff does not need to file a motion for leave to file the First Amended Complaint, and therefore Defendants stipulate that Plaintiff may file said First Amended Complaint.
5. Based on the foregoing, the parties hereby respectfully stipulate to the filing of Plaintiff's First Amended Complaint, and request that the Court grant the Order below, permitting the filing of the FAC.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully Submitted,

Dated: November 12, 2018    LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiff

Dated: November 12, 2018    DERBY McGUINNESS & GOLDSMITH LLP

*/s/ Anthony E. Goldsmith*
By: ANTHONY E. GOLDSMITH

2
STIP. & [PROPOSED] ORDER RE: FILING OF FAC BY PLAINTIFF: CASE NO. 3:17-CV-04940-MMC

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiff |
| Dated: November 12, 2018 | | GOUGH & HANCOCK LLP |

*/s/ Gregory Read*\*
By: GREGORY READ
GAYLE L. GOUGH
SARA N. DUNCAN
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

Dated: November 12, 2018    CLARK HILL LLP

*/s/ Sara Allman*\*
By: SARA B. ALLMAN
MATTHEW T. BRAND
Attorneys for Defendant
CITY OF ALBANY

Dated: November 12, 2018    HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

*/s/ Nairi Paterson*\*
By: NAIRI PATERSON
Attorneys for Defendants
FRANK L. YEE AND MAY L. YEE

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED. Plaintiff shall file her First Amended Complaint within 4-days of the date of this Order.

Dated: November 19, 2018

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

---

\* Pursuant to Rule 5-1(i) of the Civil Local Rules, the filer of this document hereby attests that concurrence in the filing of this document was obtained from each of the other Signatories.
\* Pursuant to Rule 5-1(i) of the Civil Local Rules, the filer of this document hereby attests that concurrence in the filing of this document was obtained from each of the other Signatories.
\* Pursuant to Rule 5-1(i) of the Civil Local Rules, the filer of this document hereby attests that concurrence in the filing of this document was obtained from each of the other Signatories.