**GOUGH & HANCOCK LLP**
GAYLE L. GOUGH (SBN 154398)
gayle.gough@ghcounsel.com
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAMI SHRADDHANANDA SARASWATI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. YEE, MAY L. YEE, and DOES 1-00, Inclusive,<br><br>Defendants. | Case No. 3:17-cv-04940<br><br>**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** |

PLEASE TAKE NOTICE that on January 29, 2019, (the **"Petition Date"**), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the **"Debtors"**), commenced a voluntary case (the **"Chapter 11 Cases"**) under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the **"Bankruptcy Court"**). The Chapter 11 Cases are being jointly administered under Case Nos. 19-30088 and 19-30089.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the **"Automatic Stay"**), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the

Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio*. The Debtors reserve their statutory right to seek relief in the Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

> WEIL, GOTSHAL & MANGES LLP
> Stephen Karotkin (stephen.karotkin@weil.com)
> Jessica Liou (jessica.liou@weil.com)
> Matthew Goren (matthew.goren@weil.com)
> Kevin Bostel (kevin.bostel@weil.com)
> 767 Fifth Avenue
> New York, NY 10153-0119
> Tel: 212 310 8000
> Fax: 212 310 8007
>
> -and-
>
> KELLER & BENVENUTTI LLP
> Tobias S. Keller (tkeller@kellerbenvenutti.com)
> Jane Kim (jkim@kellerbenvenutti.com)
> 650 California Street, Suite 1900
> San Francisco, CA 94108
> Tel: 415 496 6723
> Fax: 650 636 9251

| | |
|---|---|
| 1  Dated: February 1, 2019 | GOUGH & HANCOCK LLP |
| 2 | |
| 3 | By: _____ |
| 4 | GAYLE L. GOUGH<br>Two Embarcadero Center, Suite 640<br>San Francisco, CA  94111 |
| 5 | |
| 6 | Attorneys for Defendant<br>PACIFIC GAS AND ELECTRIC COMPANY |