Ann M. Asiano (SBN: 094891)
Sara B. Allman (SBN: 107932)
Matthew T. Brand (SBN: 295377)
**CLARK HILL LLP**
One Embarcadero Center, Suite 400
San Francisco, CA  94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599
AAsiano@clarkhill.com
SAllman@clarkhill.com
MBrand@clarkhill.com

Attorneys for Defendant/Cross-Defendant/Cross-Claimant
CITY OF ALBANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAMI SHRADDHANANDA SARASWATI, an individual<br><br>                        Plaintiff,<br>vs.<br>CITY OF BERKELEY, CITY OF ALBANY, PACIFIC GAS & ELECTRIC COMPANY, a California registered domestic stock corporation, FRANK L. YEE, MAY L. YEE, and DOES 1-100, Inclusive<br>                        Defendants. | Case No.  3:17-CV-04940-MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| AND RELATED CROSS ACTIONS | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure and the full and final settlement of the entire case, in view of receipt of the settlement proceeds from all Defendants except for Defendant P.G.&E. Corp.,[1] the above-captioned action, including all claims, cross-claims, cross-complaints, and counterclaims brought therein, is dismissed with prejudice, each party to bear its own costs and fees.

---

[1] Pursuant to a separate settlement agreement, the Bankruptcy Court retains jurisdiction over the Plaintiff and Defendant P.G. & E. Corp. with respect to any matters related to or arising from that aspect of the global settlement of this action.

216629060.11                                                             1                                            Case No. 3:17-CV-04940
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1   IT IS SO STIPULATED.

2   Dated: June 9, 2020                LAW OFFICES OF SANJAY S. SCHMIDT

                                        By:   /s/*Sanjay Schmidt*
                                           Sanjay Schmidt, Esq.
                                           Attorneys for Plaintiff
                                           SWAMI SHRADDHANANDA SARASWATI

    Dated: June 9, 2020                DERBY, MCGUINNESS GOLDSMITH LLP

                                        By:   /s/*Steven Derby*
                                           Steven Derby, Esq.
                                           Attorneys for Plaintiff
                                           SWAMI SHRADDHANANDA SARASWATI

    Dated:  June 9, 2020               CLARK HILL LLP

                                        By:   /s/ *Sara B. Allman*
                                           Sara B. Allman, Esq.
                                           Attorneys for Defendant
                                           CITY OF ALBANY

    Dated:  June 9, 2020                HARTSUYKER, STRATMAN et al

                                        By:   /s/ *Nairi Paterson*
                                           Nairi Paterson, Esq.
                                           Attorneys for Defendants
                                           FRANK L. LEE & MAY L. LEE

    Dated: June 9, 2020                 LAW OFFICE OF SHAWN C. MOORE

                                        By:   /s/ *Lori R. Mayfield*
                                           Lori R. Mayfield, Esq.
                                           Attorneys for Defendant
                                           MARVIN GARDENS REAL PROPERTY
                                           SERVICES

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                         */s/ Sara B. Allman*
                                         Sara B. Allman

**ORDER**

Pursuant to the stipulation of the parties above, the Court hereby dismisses this case with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (2), each party to bear its own costs and fees.

IT IS SO ORDERED:

DATED: June 9, 2020

_____
Honorable Maxine M. Chesney
United States District Court Judge